No. 95–7463. TILLO v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–7483. SANCHEZ v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–7485. SANTOS v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–7491. DELOS REYES v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–7511. CLARK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–7517. SULTAN v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 95–7641. REYES v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–7725. FORONDA v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–7726. GARCIA v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–7751. BERGMANN v. MCCOLLOUGH. Ct. App. Ga. Certiorari denied.

No. 95–7758. HAI CONG PHAM v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–7769. SMITH v. PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 95–7790. BAIJNATH v. CHAN, SENIOR MINISTER OF TRADE FOR IMPORT AND EXPORT, GEORGETOWN, GUYANA, SOUTH AMERICA, ET AL. C. A. 3d Cir. Certiorari denied.